No. 604. UNITED STATES NATIONAL BANK OF SAN DIEGO ET AL. *v.* COUNTY OF SAN DIEGO ET AL. January 13, 1941. Petition for writ of certiorari to the Supreme

Court of California denied. *Mr. Louis W. Myers* for petitioners. *Mr. H. H. Linney,* Deputy Attorney General of California, for respondents.